**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | PIVOT Operations LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA PIVOT Lifestyle + Fitness by KA |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3715637 |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | **Debtor's address** | 1290 W. Myrtle St. STE 150 <br> Boise, ID 83702 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Ada <br> County | **Location of principal assets, if different from principal place of business** <br> 872 S. Vanguard Way  Meridian, ID 83642 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    PIVOT Operations LLC
     Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_8129_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | | | | | |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **PIVOT Operations LLC**                                Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    PIVOT Operations LLC                                    Case number (*if known*) _____
_____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 7, 2025
_____
MM / DD / YYYY

**X** /s/   Joseph Savola                                      Joseph Savola
_____    _____
Signature of authorized representative of debtor    Printed name

Title    Manager
_____

**18. Signature of attorney**

**X** /s/ Matthew Christensen                              Date    May 7, 2025
_____        _____
Signature of attorney for debtor    MM / DD / YYYY

Matthew Christensen
_____
Printed name

Johnson May
_____
Firm name

199 N. Capitol Blvd.
Suite 200
Boise, ID 83702
_____
Number, Street, City, State & ZIP Code

Contact phone    (208) 384-8588        Email address    mtc@johnsonmaylaw.com
_____

7213 ID
_____
Bar number and State

---

Form **1065**

**U.S. Return of Partnership Income**

For calendar year 2023, or tax year beginning _____, 2023,
ending _____, 20 ___.
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2023**

Department of the Treasury
Internal Revenue Service

**A** Principal business activity

MEMBERSHIP

**B** Principal product or service

GYM

**C** Business code number

812990

Type
or
Print

PIVOT OPERATIONS LLC
P.O. BOX 51298
IDAHO FALLS, ID 83405

**D** Employer identification no.

**E** Date business started

2/25/2019

**F** Total assets (see instructions)

$ 177,842.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify): _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: _____ 3

**J** Check if Schedules C and M-3 are attached ........................................................... ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales | 1,680,057. | **b** Less returns and allowances | **Balance** |
| | **1c** | | | 1,680,057. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 2,073. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 1,677,984. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 1,677,984. |

| | | | | |
|---|---|---|---|---|
| **S E E   I N S T R U C T I O N S   F O R   L I M I T A T I O N S** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 556,931. |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | 3,005. |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 678,507. |
| | **14** Taxes and licenses | | **14** | 46,134. |
| | **15** Interest (see instructions) | | **15** | 57,035. |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | 26,190. |
| | **20** Energy efficient commercial buildings deduction (attach Form 7205) | | **20** | |
| | **21** Other deductions (att stmt)                    SEE STATEMENT 1 | | **21** | 248,311. |
| | **22** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | **22** | 1,616,113. |
| | **23** **Ordinary business income (loss).** Subtract line 22 from line 8 | | **23** | 61,871. |

| | | | | |
|---|---|---|---|---|
| **T A X   A N D   P A Y M E N T** | **24** Interest due under the look-back method — completed long-term contracts (attach Form 8697) | | **24** | |
| | **25** Interest due under the look-back method — income forecast method (attach Form 8866) | | **25** | |
| | **26** BBA AAR imputed underpayment (see instructions) | | **26** | |
| | **27** Other taxes (see instructions) | | **27** | |
| | **28** **Total balance due.** Add lines 24 through 27 | | **28** | |
| | **29** Elective payment election amount from Form 3800 | | **29** | |
| | **30** Payment (see instructions) | | **30** | |
| | **31** **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | | **31** | |
| | **32** **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | | **32** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below?
See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| AARON TONKS | AARON TONKS | 3/22/24 | | |

Firm's name    RUDD & COMPANY   PLLC

Firm's EIN

Firm's address    490 FIRST AMERICAN CIR
REXBURG, ID 83440

Phone no.    (208) 356-3677

**BAA   For Paperwork Reduction Act Notice, see separate instructions.**     PTPA0105  07/03/23     Form **1065** (2023)

Form 1065 (2023) PIVOT OPERATIONS LLC ▮▮▮▮▮▮ Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** What type of entity is filing this return? Check the applicable box: | | | |

**a** ☐ Domestic general partnership  **b** ☐ Domestic limited partnership
**c** ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership
**e** ☐ Foreign partnership  **f** ☐ Other: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | Yes | No |
|---|---|---|
| **2** At the end of the tax year: | | |
| **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** At the end of the tax year, did the partnership: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **4** Does the partnership satisfy **all four** of the following conditions? | | |
| **a** The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **6** During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | X |
| **9** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| See instructions for details regarding section 754 election. | | |
| **b** For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _ _ _ _ _ _ _ _ _ _ and the total aggregate net negative amount $(_ _ _ _ _ _ _ _ _ _) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach statement showing the computation and allocation of each basis adjustment. See instructions. . . . . . . . . . . . . . . . . | | X |

Form **1065** (2023)

Form 1065 (2023)  PIVOT OPERATIONS LLC ████████████                                   Page **3**

| **Schedule B** | **Other Information** *(continued)* | **Yes** | **No** |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| | **c** For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ _ _ _ _ _ _ _ _ _ _ and the total aggregate net negative amount    $(_ _ _ _ _ _ _ _ _ _) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . | | X |
| | **d** For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ _ _ _ _ _ _ _ _ _ _The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . _ _ _ _ _ _ _ _ _ _ _ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. . . . _ _ _ _ _ _ _ _ _ _ _ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _ _ _ _ _ _ _ _ _ | | |
| 16a | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions. . . . . . . . . . . . . . . . . . | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _ _ _ _ | | |
| 18 | Enter the number of partners that are foreign governments under section 892.  0 _ _ _ _ _ _ _ _ _ _ _ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . . . . . . . . . . . . . . | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . . . . . . . . . | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . $_ _ _ _ _ _ _ _ _ _ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | **a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| | **c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . $_ _ _ _ _ _ _ _ _ _ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership. . . . . . . . . . . . . . . . . . . . _ _ _ _ _ _ _ _ _ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                    By vote: _ _ _ _ _ _ _ _ _ _     By value: _ _ _ _ _ _ _ _ _ _ | | X |
| 29 | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| | **a** Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

Form 1065 (2023)  PIVOT OPERATIONS LLC  ███████  Page **4**

| Schedule B | Other Information *(continued)* | | Yes | No |
|---|---|---|---|---|
| | **b** Under the covered surrogate foreign corporation rules?............................................................. | | | X |
| | If "Yes," to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the instructions for Form 7208. | | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); | | | |
| | or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions......... | | | X |
| **31** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3................................................... | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR     BVABC PIVOT OPERATIONS, LLC

| U.S. address of PR | PO BOX 51298<br>IDAHO FALLS, ID 83405 | U.S. phone number of PR | (208) 356-3677 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR     BRIAN PARKINSON

| U.S. address of designated individual | PO BOX 51298<br>IDAHO FALLS, ID 83405 | U.S. phone number of designated individual | (208) 356-3677 |
|---|---|---|---|

PTPA0112 07/03/23                                            Form **1065** (2023)

Form 1065 (2023)   PIVOT OPERATIONS LLC — Page 5

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 23)................................ | **1** | 61,871. |
| | **2** Net rental real estate income (loss) (attach Form 8825)........................ | **2** | |
| | **3a** Other gross rental income (loss)...................... **3a** | | |
| | **b** Expenses from other rental activities (attach stmt)............ **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a.... | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b.................................... | **4c** | |
| | **5** Interest income........................................ | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends................ | **6a** | |
| | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | **7** Royalties........................................ | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)).......... | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)).......... | **9a** | |
| | **b** Collectibles (28%) gain (loss)..................... **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement)............ **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797)........................ | **10** | |
| | **11** Other income (loss) (see instructions)   Type: _____ | **11** | |
| **Deduc-tions** | **12** Section 179 deduction (attach Form 4562)........................ | **12** | |
| | **13a** Cash contributions....................................... | **13a** | |
| | **b** Noncash contributions................................... | **13b** | |
| | **c** Investment interest expense............................... | **13c** | |
| | **d** Section 59(e)(2) expenditures: **(1)**   Type: _____ **(2)** Amount: | **13d(2)** | |
| | **e** Other deductions (see instructions)   Type: | **13e** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment........................ | **14a** | 61,871. |
| | **b** Gross farming or fishing income............................. | **14b** | |
| | **c** Gross nonfarm income.................................... | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5))..................... | **15a** | |
| | **b** Low-income housing credit (other)........................... | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)......... | **15c** | |
| | **d** Other rental real estate credits (see instructions)...  Type: _____ | **15d** | |
| | **e** Other rental credits (see instructions).............  Type: _____ | **15e** | |
| | **f** Other credits (see instructions)...................  Type: _____ | **15f** | |
| **International** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance.......... [X] | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment.............................. | **17a** | |
| | **b** Adjusted gain or loss..................................... | **17b** | |
| | **c** Depletion (other than oil and gas)............................ | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income............... | **17d** | |
| | **e** Oil, gas, and geothermal properties — deductions................ | **17e** | |
| | **f** Other AMT items (attach stmt)............................... | **17f** | |
| **Other Infor-mation** | **18a** Tax-exempt interest income................................. | **18a** | |
| | **b** Other tax-exempt income.................................. | **18b** | |
| | **c** Nondeductible expenses.................................. | **18c** | 15. |
| | **19a** Distributions of cash and marketable securities................... | **19a** | |
| | **b** Distributions of other property.............................. | **19b** | |
| | **20a** Investment income....................................... | **20a** | |
| | **b** Investment expenses..................................... | **20b** | |
| | **c** Other items and amounts (attach stmt)          SEE STATEMENT 2 | | |
| | **21** Total foreign taxes paid or accrued............................ | **21** | |

PTPA0134  07/03/23

Form **1065** (2023)

Form 1065 (2023)   PIVOT OPERATIONS LLC ▮▮▮▮▮▮▮ Page **6**

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | 1 | 61,871. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners. . . . | | | | | | |
| b | Limited partners . . . . | | | | 61,871. | | |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 71,177. | | 105,476. |
| 2a | Trade notes and accounts receivable. . . . . . . | 36,405. | | 39,865. | |
| b | Less allowance for bad debts. . . . . . . . . . . . . | | 36,405. | | 39,865. |
| 3 | Inventories . . . . . . . . . . . . . . . . . . . . . . . . . | | 7,417. | | 4,480. |
| 4 | U.S. Government obligations . . . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities. . . . . . . . . . . . . . . . . . | | | | |
| 6 | Other current assets (attach stmt) . . . . . . . . . | | | | |
| 7a | Loans to partners (or persons related to partners) . . . . . | | | | |
| b | Mortgage and real estate loans. . . . . . . . . . . | | | | |
| 8 | Other investments (attach stmt). . . . . . . . . . . | | | | |
| 9a | Buildings and other depreciable assets. . . . . | 647,047. | | 647,047. | |
| b | Less accumulated depreciation . . . . . . . . . . . | 647,047. | | 647,047. | |
| 10a | Depletable assets. . . . . . . . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . . . . . | | | | |
| 11 | Land (net of any amortization). . . . . . . . . . . . | | | | |
| 12a | Intangible assets (amortizable only). . . . . . . . | 40,671. | | 40,671. | |
| b | Less accumulated amortization . . . . . . . . . . . | 9,942. | 30,729. | 12,653. | 28,018. |
| 13 | Other assets (attach stmt). . . . . SEE ST 3 | | 4. | | 3. |
| 14 | Total assets . . . . . . . . . . . . . . . . . . . . . . . . | | 145,732. | | 177,842. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable. . . . . . . . . . . . . . . . . . . . . | | 694,707. | | 735,156. |
| 16 | Mortgages, notes, bonds payable in less than 1 year . . . . | | | | |
| 17 | Other current liabilities (attach stmt) . SEE ST 4 | | 311,240. | | 319,506. |
| 18 | All nonrecourse loans. . . . . . . . . . . . . . . . . . | | | | |
| 19a | Loans from partners (or persons related to partners) . . . . | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more . . . . . | | 629,074. | | 550,613. |
| 20 | Other liabilities (attach stmt) . . . . . . . . . . . . | | | | |
| 21 | Partners' capital accounts. . . . . . . . . . . . . . . | | -1,489,289. | | -1,427,433. |
| 22 | Total liabilities and capital. . . . . . . . . . . . . . | | 145,732. | | 177,842. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return
**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books. . . . . . | 61,856. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest . . $ | | |
| 3 | Guaranteed payments (other than health insurance) . . | | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation . . . . . . $ | | |
| a | Depreciation . . . . . . $ | | | | | |
| b | Travel and entertainment . . . . $ _____ 15. | | 8 | Add lines 6 and 7. . . . . . . . . . . . . . . . . . . . | | |
| | | 15. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5. . . . . . . . . . . . | | 61,871. |
| 5 | Add lines 1 through 4. . . . . . . . . . | 61,871. | | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . | -1,489,289. | 6 | Distributions:   a Cash. . . . . . . . . . | | |
| 2 | Capital contributed: a Cash. . . . . . . . . . | | | b Property. . . . . . . . . . | | |
| | b Property. . . . . . . . | | 7 | Other decreases (itemize): | | |
| 3 | Net income (loss) (see instructions). . . . . . . | 61,871. | | STATEMENT 5 | | 15. |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7. . . . . . . . . . . . . . . . | | 15. |
| 5 | Add lines 1 through 4. . . . . . . . . . | -1,427,418. | 9 | Balance at end of year. Subtract line 8 from line 5. . . | | -1,427,433. |

**BAA**                                     PTPA0134  07/03/23                                     Form **1065** (2023)

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| PIVOT OPERATIONS LLC | |

| | | |
|---|---|---:|
| **1** Inventory at beginning of year | **1** | 7,417. |
| **2** Purchases | **2** | -864. |
| **3** Cost of labor | **3** | |
| **4** Additional section 263A costs (attach schedule) | **4** | |
| **5** Other costs (attach schedule) | **5** | |
| **6** **Total.** Add lines 1 through 5 | **6** | 6,553. |
| **7** Inventory at end of year | **7** | 4,480. |
| **8** **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 2,073. |

**9a** Check all methods used for valuing closing inventory:

- *(i)* ☐ Cost
- *(ii)* ☐ Lower of cost or market
- *(iii)* ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**b** Check if there was a writedown of subnormal goods ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**  Form **1125-A** (Rev. 11-2018)

CPCZ0401L  09/26/18

Pivot Operations LLC
Balance Sheet Standard
As of March 31, 2025

05/01/25

| | Mar 31, '25 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| CCB Checking | 24,672.46 |
| Total Checking/Savings | 24,672.46 |
| | |
| Accounts Receivable | |
| Accounts Receivable | 70,825.00 |
| Total Accounts Receivable | 70,825.00 |
| | |
| Total Current Assets | 95,497.46 |
| | |
| Fixed Assets | |
| Tenant Improvements – Pioneer... | 569,645.29 |
| Start Up Costs | 40,670.67 |
| Accumulated Amortization | -12,653.11 |
| Accumulated Depreciation | -647,047.48 |
| Furniture and Equipment | 77,402.19 |
| Total Fixed Assets | 28,017.56 |
| | |
| Other Assets | |
| Inventory – Retail | 11,697.33 |
| Total Other Assets | 11,697.33 |
| | |
| **TOTAL ASSETS** | 135,212.35 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 428,032.60 |
| Total Accounts Payable | 428,032.60 |
| | |
| Other Current Liabilities | |
| Note Payable – BV | 148,498.29 |
| Note Payable – DWT Investme... | 148,498.29 |
| Payroll Liabilities | 16,502.78 |
| Sales Tax Payable | 3,572.80 |
| Total Other Current Liabilities | 317,072.16 |
| | |
| Total Current Liabilities | 745,104.76 |

Pivot Operations LLC
Balance Sheet Standard
As of March 31, 2025

05/01/25

|  | Mar 31, '25 |
|---|---|
| **Long Term Liabilities** | |
| Note Payable – CCB 0917 | 341,184.93 |
| Note Payable – CCB 0805 | 104,144.79 |
| Total Long Term Liabilities | 445,329.72 |
| **Total Liabilities** | 1,190,434.48 |
| **Equity** | |
| Capital – Armstrong | |
| Contribution | 311,135.52 |
| Earnings | −750,611.63 |
| Total Capital – Armstrong | −439,476.11 |
| Retained Earnings | 33,351.78 |
| Capital – BVABC Pivot Ops LLC | |
| Contribution | 233,352.39 |
| Earnings | −562,958.73 |
| Total Capital – BVABC Pivot Ops... | −329,606.34 |
| Capital – Foxtrott | |
| Contribution | 233,352.07 |
| Earnings | −562,958.73 |
| Total Capital – Foxtrott | −329,606.66 |
| Net Income | 10,115.20 |
| Total Equity | −1,055,222.13 |
| **TOTAL LIABILITIES & EQUITY** | 135,212.35 |

Pivot Operations LLC
Profit and Loss Standard
January through March 2025

05/01/25

| | Jan – Mar '25 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Sales | 309,753.50 |
| Sales – Retail | 754.20 |
| Select Health Memberships | 104,500.00 |
| Total Income | 415,007.70 |
| Cost of Goods Sold | |
| Cost of Goods Sold | 529.90 |
| Total COGS | 529.90 |
| Gross Profit | 414,477.80 |
| Expense | |
| Accounting Expense | 1,650.00 |
| Computer and Internet Expe... | 3,118.29 |
| Employee Benefits | 8,604.00 |
| Equipment Expense | 3,394.21 |
| Equipment Lease | 21,839.16 |
| Insurance Expense | 1,552.77 |
| Interior Plant Expense | 600.00 |
| Janitorial Expense | 14,291.39 |
| Payroll Expenses | 158,658.20 |
| Processing Fees | 10,118.98 |
| Parking Expense | 2,250.00 |
| Software Expense | 3,483.11 |
| Nutrition Expense | 453.00 |
| Gym Supplies | 4,161.02 |
| Office Supplies | 184.74 |
| Professional Fees | 555.00 |
| Dues and Subscriptions | 3,672.61 |
| Interest Expense | 5,343.15 |
| Rent Expense | 159,861.36 |
| Repairs and Maintenance | 17.57 |
| Advertising and Promotion | 554.04 |
| Total Expense | 404,362.60 |
| Net Ordinary Income | 10,115.20 |
| Net Income | 10,115.20 |

**Fill in this information to identify the case:**

Debtor name   PIVOT Operations LLC

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 7, 2025       **X** /s/   Joseph Savola
                                                Signature of individual signing on behalf of debtor

                                                Joseph Savola
                                                Printed name

                                                Manager
                                                Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | PIVOT Operations LLC |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adams Technology Group<br>PO Box 190085<br>Boise, ID 83719 | | Trade debt | | | | $774.54 |
| Alex Lierman<br>4628 W Pasadena Ln, Apt. 101<br>Boise, ID 83705 | | Wages | | | | $244.09 |
| Bill Bright Family Properties LLC<br>C/O Colliers Paragon, LLC<br>PO Box 7248<br>Boise, ID 83707 | | Unpaid Rent | Unliquidated | | | $112,327.00 |
| Brad Cross<br>503 W Hale St<br>Boise, ID 83706 | | Wages | | | | $762.61 |
| BVGV Parcel C, LLC<br>1144 S Silverstone Way Ste 500<br>Meridian, ID 83642 | | Rent & CAM | | | | $21,927.44 |
| Candi Despain<br>3718 N Price Way<br>Meridian, ID 83646 | | Wages | | | | $66.00 |
| Capital Eleven, LLC<br>2775 W. Navigator Dr. STE 110<br>Meridian, ID 83642 | | Loan payments | | | | $21,839.16 |
| Chase Tomseth<br>2437 N Curtis Rd<br>Boise, ID 83706 | | Wages | | | | $522.13 |
| Chasslynn Shepard<br>7219 Cedarwood Drive<br>Boise, ID 83709 | | Wages | | | | $165.05 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | PIVOT Operations LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Citizens Community Bank 27997 South 25th East Idaho Falls, ID 83403 | | Gym Equipment at Boise Location - See attached Exhibit 1 Gym Equipment at Meridian Location - See attached Exhibit 2 Glacier Bank   Various furniture pieces (no one item valued more than $750) Various Audio/Video Equipment (no one item valued more than $750) Membership List in Mindbody Software 3 Computers, 5 iPads, 2 Printers (no one item valued more than $750) Various Clothing Items   Small Retail Nutrition Items Mindbody Membership Software Account Accounts Receivable - Various Parties | | $420,333.00 | Unknown | $76,351.65 |
| Courtney Thompson 1566 S Rovian St. Boise, ID 83705 | | Wages | | | | $97.34 |
| Hannah Ganley 7808 W Elm Brook Dr. Garden City, ID 83714 | | Wages | | | | $95.00 |
| Heather Johansen 2850 E Ragusa Ln Meridian, ID 83642 | | Wages | | | | $114.34 |
| JaNell Purcell 941 N Glen Aspen Way Star, ID 83669 | | Wages | | | | $94.00 |
| Jeannie Nixon 662 E Cres Ridge Dr. Meridian, ID 83642 | | Wages | | | | $94.00 |
| Justin Centers 2947 S Elmcrest Ln. Boise, ID 83705 | | Wages | | | | $196.57 |

| Debtor | PIVOT Operations LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lissa Needham 537 N Shady Grove Way Kuna, ID 83634 | | Wages | | | | $130.57 |
| Modern Clean LLC PO Box 1142 Eagle, ID 83616 | | Trade debt | | | | $5,288.76 |
| Pat Aiello 596 Keagan Way Meridian, ID 83646 | | Wages | | | | $185.27 |
| The Potting Shed 6207 W. Franklin Road Boise, ID 83709-1042 | | Trade debt | | | | $200.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___PIVOT Operations LLC___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ ___343,981.35_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ ___343,981.35_

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ ___420,333.00_

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ ___3,496.55_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................... +$ ___185,995.49_

4.  **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b                                                                          $ ___609,825.04_

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PIVOT Operations LLC |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Glacier Bank | Checking | 7044 | $65,440.05 |

**4.    Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Mindbody Membership Software Account | | $0.00 |

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$65,440.05

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    PIVOT Operations LLC                                    Case number *(If known)* _____
          Name

11a. 90 days old or less: _____35,785.00_____ - _____0.00_____ = .... _____$35,785.00_____
                          face amount                doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                    | $35,785.00 |
       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Various Clothing Items | | Unknown | Comparable sale | $375.00 |
| Small Retail Nutrition Items | | Unknown | Comparable sale | $375.00 |

---

23.    **Total of Part 5.**                                                    | $750.00 |
       Add lines 19 through 22.   Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☒ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☒ No
       ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page 2

Debtor    PIVOT Operations LLC       Case number *(If known)* _____
      Name

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Various furniture pieces (no one item valued more than $750) | Unknown | Comparable sale | $10,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Various Audio/Video Equipment (no one item valued more than $750) | $0.00 | Comparable sale | $30,000.00 |
| | 3 Computers, 5 iPads, 2 Printers (no one item valued more than $750) | Unknown | Comparable sale | $1,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**      | $41,500.00 |
Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** <br> Gym Equipment at Boise Location - See attached Exhibit 1 | Unknown | Comparable sale | $90,354.67 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | PIVOT Operations LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Gym Equipment at Meridian Location - See attached Exhibit 2 | Unknown | Comparable sale | $110,151.63 |
|---|---|---|---|---|

---

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$200,506.30

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** Membership List in Mindbody Software | Unknown | | Unknown |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    PIVOT Operations LLC_____     Case number *(If known)* _____
                Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71.**   **Notes receivable**
         Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

         Potential ERC Tax Credit_____                    Unknown

---

**78.**   **Total of Part 11.**                                                          | $0.00 |

         Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    PIVOT Operations LLC                                    Case number *(If known)* _____
_____
Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,440.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,785.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $750.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $41,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,506.30 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $343,981.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $343,981.35 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# EXHIBIT 1

**Equipment Located at 1290 W Myrtle St #150, Boise, ID 83702**

| Quantity | Description | Value |
|---|---|---|
| 2 | Matrix Ascent Dot matric LED w/profile display | $5,136.00 |
| 1 | Matrix Climbmill Dot matrix LED w/profile display | $2,359.50 |
| 2 | Matrix Ellipitcal Dot matrix LED w/profile display | $3,608.00 |
| 1 | Matrix Recumbent Bike Dot matrix LED w/profile display | $1,144.50 |
| 4 | Matrix Treadmill LED Console | $10,134.00 |
| 2 | Stages Solo Bike with Display, License, and Power Meter | $2,999.00 |
| 1 | Matrix RowerX with Magnetic Resistance | $693.00 |
| 25 | SC3 Indoor Cycle with Power Meter and Console | $21,237.50 |
| 25 | Stages Indoor Cycling SP3 Pedals | $900.00 |
| 1 | EVOLT 360 Body Composition Analyzer | $5,000.00 |
| 2 | Matrix MEGA Rack 8' | $2,917.00 |
| 1 | Matrix Straight Ladder - 8' | $295.00 |
| 1 | Matrix Pyramid Ladder - 8' | $330.00 |
| 1 | Matrix Flat to incline Bench w/Horizontal Adjustment | $521.00 |
| 1 | Matrix Dip Bars | $127.00 |
| 1 | Matrix Land Mine Attachment (for Mega Power Racks) | $94.00 |
| 1 | Matrix Docking Kit w/o Platform Mega Rack | $16.00 |
| 1 | Matrix Battle Rope Attachment Mega Rack | $45.00 |
| 1 | Matrix Side Mounted PullUp Bar Mega Rack | $114.50 |
| 1 | Matrix Multiadjustable Bench | $381.50 |
| 1 | Matrix Adjustable Decline Bench | $364.50 |
| 1 | Matrix Utility Bench | $250.00 |
| 1 | Matrix Dumbell Rack | $520.00 |
| 1 | Matrix DB Set 5-50lb | $686.50 |
| 1 | Matrix DB 55lb Pair | $126.50 |
| 1 | Matrix DB 60lb Pair | $138.00 |
| 1 | Matrix DB 65lb Pair | $147.50 |
| 1 | Matrix DB 70lb Pair | $159.00 |
| 1 | Matrix DB 75lb Pair | $170.00 |
| 1 | Matrix Aura Functional Trainer 400lbs | $2,752.00 |
| 1 | Matrix Leg Press Heavy Stack | $1,409.00 |
| 1 | Matrix Multi-Press Heavy Stack, Basic | $1,136.00 |
| 1 | Matrix Dual Lat Row Heavy Stack, Basic | $1,386.00 |
| 1 | Matrix Ext/Curl Heavy Stack, Basic | $1,136.00 |
| 1 | Matrix Multiadjustable Bench | $436.00 |
| 18 | Matrix XULT Urethane Plate 02.5lb Black | $61.11 |
| 16 | Matric XULT Urethane Place 05lb Black | $108.72 |
| 8 | Matrix XULT Urethane Plate 10lb Black | $93.12 |
| 8 | Matrix XULT Urethane Plate 35lb Black | $325.72 |
| 2 | Matrix XULT 4' EX Curle Bar 30mm - Black | $104.00 |
| 1 | Matrix XULT URE BarbellStraight 20 110 lb Blk | $1,031.50 |
| 1 | Matrix Barbell Rack | $363.00 |
| 4 | Torque Kettbell, 4 KG/8.8 LB Torque Cast Iron | $32.00 |
| 4 | Torque Kettbell, 8 KG/17 6 LB Torque Cast Iron | $66.00 |

| | | |
|---|---|---|
| 4 | Torque Kettbell, 12 KG/26 4 LB Torque Cast Iron | $98.00 |
| 5 | Torque Kettbell, 16 KG/35 2 LB Torque Cast Iron | $162.50 |
| 2 | Torque Kettbell, 20 KG/44 1 LB Torque Cast Iron | $83.00 |
| 2 | Torque Kettbell, 24 KG/52 9 LB Torque Cast Iron | $93.00 |
| 1 | Torque Custom Rig, 24' As Per List updated12-4 | $4,275.50 |
| 3 | Torque Flat-Incline Bench | $946.50 |
| 3 | Torque Plyostack, 12 Inch (30cm) - International | $331.50 |
| 3 | Torque Tripleplyo, 20-24-30 International | $625.50 |
| 1 | Torque Timer, Programmable Digital | $156.00 |
| 6 | Torque Bumper Plate Stations Package- 20 kg Bar | $2,220.00 |
| 6 | 20KG Bar | $0.00 |
| 12 | 10lb | $0.00 |
| 18 | 25lb | $0.00 |
| 12 | 35lb | $0.00 |
| 18 | 45lb | $0.00 |
| 5 | Torque Olympic bar, 15 KG X-SERIES International | $622.50 |
| 4 | Torque Olympic bar, 5 Foot Standard | $256.00 |
| 10 | Torque Olympic Collar, X-SERIES Lock Jaw with Latch (2"/50MM) (1 pair) | $245.00 |
| 2 | Torque 6 Foot Acessory Tray Slam Ball Package | $364.00 |
| 3 | Torque Kettlebell, Rubber Coated (60LB)-TF Logo | $201.00 |
| 4 | Torque Kettlebell, Rubber Coated (70LB)-TF Logo | $314.00 |
| 1 | Torque 6 Foot Kettlebell Acessory Package (5lb - 50lb 2 each) | $639.00 |
| 10 | Torque Commercial Suspension Trainer (Rubber Handles, Locking Carabiner) | $1,050.00 |
| 4 | Torque 6 Foot Universal Storage Rack | $2,152.00 |
| 3 | Torque Power Wheel | $94.50 |
| 3 | Troy Barbell Internatonal Hex Bar, Dual Grip,Chrome Finish | $261.00 |
| 3 | Troy Barbell Push/Pull Sled with movable poles | $349.50 |
| 3 | Troy Barbell Pull strap for G-SLED made from durable HDPE material | $22.50 |
| 2 | Troy Barbell 8-Sided Rubber Encased Dumbbell w/ Chrome Steel Contoured HandleSet - 5 to 50 Lbs in 5 Lbs Increments | $874.00 |
| 4 | Troy Barbell 8-Sided Rubber Encased Dumbbell w/ Chrome Steel Contoured Handle - 55Lbs | $174.00 |
| 4 | Troy Barbell 8-Sided Rubber Encased Dumbbell w/ Chrome Steel Contoured Handle - 60Lbs | $190.00 |
| 4 | Troy Barbell 8-Sided Rubber Encased Dumbbell w/ Chrome Steel Contoured Handle - 65Lbs | $206.00 |
| 4 | Troy Barbell 8-Sided Rubber Encased Dumbbell w/ Chrome Steel Contoured Handle - 70Lbs | $222.00 |
| 4 | Troy Barbell 8-Sided Rubber Encased Dumbbell w/ Chrome Steel Contoured Handle - 75Lbs | $238.00 |
| 1 | TQ-TNADBR NeopreneDB Rack | $687.50 |
| 3 | Torque Olympic Plate Tree | $424.50 |
| 3 | Torque Olympic bar, 20 KGX-SERIES International | $373.50 |
| 6 | Torque Bumper Plate, Black Rubber - 25 pound-TF | $132.00 |
| 6 | Torque Bumper Plate, Black Rubber- 45 pound-TF | $216.00 |
| **344** | | **$90,354.67** |

## EXHIBIT 2

### Equipment Located at 808 S Vanguard Way, Meridian, ID 83702

| Quantity | Description | Value |
|---|---|---|
| 2 | Matrix Ascent Dot matrix LED w/profile display | $5,136.00 |
| 2 | Matrix Climbmill Dot matrix LED w/profile display | $4,719.00 |
| 2 | Matrix EllipicalDot matrix LED w/profile display | $3,608.00 |
| 2 | Matrix Recumbent Bike Dot matrix LED w/profile display | $2,289.00 |
| 6 | Matrix Treadmill LED Console | $15,201.00 |
| 2 | Stages Solo Bike with Display and Power Meter | $2,999.00 |
| 3 | Concept 2 Model Indoor Rower with PM5 | $1,650.00 |
| 3 | Concept2 SkiErg with PM5 | $1,155.00 |
| 26 | SC3 Indoor Cycle with Power Meter and Console | $22,087.00 |
| 2 | Matrix RowerX with Magnetic Resistance | $1,386.00 |
| 26 | Stages Indoor Cycling SP3 Pedals | $936.00 |
| 3 | Concept2 SkiErg Floor Stand | $270.00 |
| 1 | Matrix Aura Lat Pulldown | $876.50 |
| 1 | Matrix Seated Row | $937.00 |
| 1 | Matrix Aura Functional Trainer 400lbs | $2,752.00 |
| 1 | Matrix Converging Chest Press | $1,389.50 |
| 1 | Matrix Rear Delt/Fly | $1,426.50 |
| 1 | Matrix Converging Shoulder | $1,307.00 |
| 1 | Matrix Arm Curl | $1,159.50 |
| 1 | Matrix Triceps Extension | $1,104.00 |
| 1 | Matrix Dip/Chin Assist | $1,353.00 |
| 1 | Matrix Leg Press | $2,043.00 |
| 1 | Matrix Leg Extention | $1,251.50 |
| 1 | Matrix Prone Leg Curl | $1,214.50 |
| 2 | Matrix MEGA Popwer Rach 8' | $2,917.00 |
| 1 | Matrix Straight Ladder - 8' | $295.00 |
| 1 | Matrix Pyramid Ladder - 8' | $330.00 |
| 1 | Matrix Flattoincline Bench w/Horizontal Adjustment | $521.00 |
| 1 | Matrix Dip Bars | $127.00 |
| 1 | Matrix Land Mine Attachment (for Mega Power Racks) | $94.00 |
| 1 | Matrix Docking Kit w/o Platform Mega Rack | $16.00 |
| 1 | Matrix Battle Rope Attachment Mega Rack | $45.00 |
| 1 | Matrix Side Mounted PullUp Bar Mega Rack | $114.50 |
| 2 | Matrix 2tier Dumbbell Rack w/Saddles (10 pr.) | $764.00 |
| 2 | Matrix Multiadjustable Bench | $764.00 |
| 1 | Matrix Flat Bench | $201.50 |
| 1 | Matrix Adjustable Decline Bench | $364.50 |
| 1 | Matrix Utility Bench | $250.00 |
| 1 | Matrix XULT Urethane Round DB 005 050 Black | $687.00 |
| 1 | Matrix XULT Urethane Round DB 055 100 Set Black | $1,603.50 |
| 4 | Matrix XULT Urethane Plate 02.5lb Black | $12.86 |
| 8 | Matrix XULT Urethane Plate 05lb Black | $51.44 |
| 12 | Matrix XULT Urethane Plate 10lb Black | $132.00 |
| 8 | Matrix XULT Urethane Plate 25lb Black | $220.00 |
| 8 | Matrix XULT Urethane Plate 35lb Black | $308.00 |
| 12 | Matrix XULT Urethane Plate 45b Black | $594.00 |

| | | |
|---|---|---|
| 2 | Matrix XULT 20kg Power Bar 28.5mm Full Knurl | $320.83 |
| 1 | Matrix XULT URE BarbellStraight 20 110 lb Blk | $1,031.50 |
| 1 | Matrix Barbell Rack | $363.00 |
| 1 | Prism Self-Guided Commercial Package-Essential | $378.50 |
| 1 | Power Systems BOSU Pro Balance Trainer Only | $79.50 |
| 1 | Torque Custom Rig, 24' As Per List updated12-4 | $4,275.50 |
| 3 | Torque Flat-Incline Bench | $946.50 |
| 3 | Torque Plyostack, 12 Inch (30cm) - International | $331.50 |
| 3 | Torque Tripleplyo, 20-24-30 International | $625.50 |
| 1 | Torque Timer, Programmable Digital | $156.00 |
| 6 | Torque Bumper Plate Station Package - 20 kg Bar | $2,220.00 |
| 3 | Torque Olympic bar, 15 KG X-SERIES International | $373.50 |
| 3 | Torque Olympic bar, 5 Foot Standard | $192.00 |
| 9 | Torque Olympic Collar, X-SERIES Lock Jaw with Latch (2"50mm) (1 pair) | $220.50 |
| 2 | Torque 6 Foot Accessory Tray Slam Ball Package | $364.00 |
| 2 | Torque Kettlebell, Rubber Coated (60 LB)-TF Logo | $134.00 |
| 2 | Torque Kettlebell, Rubber Coated (70 LB)-TF Logo | $157.00 |
| 1 | Torque 6 Foot Kettlebell Acessory Package (5lb - 50lb 2 each) | $639.00 |
| 9 | Torque Commercial Suspension Trainer (Rubber Handles, Locking Carabiner) | $945.00 |
| 4 | Torque 6 Foot Universal Storage Rack | $2,152.00 |
| 5 | Torque Power Wheel | $157.50 |
| 3 | Troy Barbell International Hex Bar, Dual Grip, Chrome Finish | $261.00 |
| 3 | Troy Barbell Push/Pull Sled with movable poles | $349.50 |
| 3 | Troy Barbell Pull strap for G-SLED make from durable HDPE material | $22.50 |
| 2 | Troy Barbell 8-Sided Rubber Enased Dumbell W/Chrome Steel Contoured Handle Set - 5 to 50 Lbs In 5 lbs Increments | $874.00 |
| 4 | Troy Barbell 8-Sided Rubber Enased Dumbell W/Chrome Steel Contoured Handle Set - 55 lbs | $174.00 |
| 4 | Troy Barbell 8-Sided Rubber Enased Dumbell W/Chrome Steel Contoured Handle Set - 55 lbs | $190.00 |
| 4 | Troy Barbell 8-Sided Rubber Enased Dumbell W/Chrome Steel Contoured Handle Set - 65 lbs | $206.00 |
| 4 | Troy Barbell 8-Sided Rubber Enased Dumbell W/Chrome Steel Contoured Handle Set - 70 lbs | $222.00 |
| 4 | Troy Barbell 8-Sided Rubber Enased Dumbell W/Chrome Steel Contoured Handle Set - 75 lbs | $238.00 |
| 1 | Torque Neoprene Aerobic Dumbbell Rack (including all weights) | $687.50 |
| 3 | Perform Better Sngle Leg Squat | $375.00 |
| 3 | Power Systems Adjustable Step-Up box | $321.00 |
| 3 | Torque Olympic Plate Tree | $424.50 |
| 6 | Torque Bumper Plate, Black Rubber 25lb | $132.00 |
| 6 | Torque Bumper Plate, Black rubber 45lb | $216.00 |
| 2 | Torque Olympic bar, 15 KG X-SERIES | $248.00 |
| 3 | Torque Olympic bar, 20 KG X-SERIES | $403.50 |
| 1 | Torque Olympic bar, 5 foot Standard | $63.50 |
| 1 | Power Systems Dip/Pull-Up Belt - Nylon | $18.50 |
| **285** | | **$110,151.63** |

**Fill in this information to identify the case:**

Debtor name __PIVOT Operations LLC__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1  Citizens Community Bank | | $420,333.00 | Unknown |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

Gym Equipment at Boise Location - See attached Exhibit 1; Gym Equipment at Meridian Location - See attached Exhibit 2; Glacier Bank ; Various furniture pieces (no one item valued more than $750); Various Audio/Video Equipment (no one item valued more than $750); Membership List in Mindbody Software; 3 Computers, 5 iPads, 2 Printers (no one item valued more than $750); Various Clothing Items ; Small Retail Nutrition Items ; Mindbody Membership Software Account ; Accounts Receivable - Various Parties

27997 South 25th East
Idaho Falls, ID 83403

Creditor's mailing address

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

3/26/2020 & 6/8/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $420,333.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    PIVOT Operations LLC
_____
          Name

Case number (if known) _____

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Citizens Community Bank<br>PO Box 1689<br>Pocatello, ID 83204-1689 | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name ___PIVOT Operations LLC___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address<br>Aimee Couturier<br>2028 N Amber<br>Boise, ID 83706 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.00 | $27.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| **2.2** | Priority creditor's name and mailing address<br>Alessia Love<br>5600 Mendelson Ave<br>Meridian, ID 83646 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.00 | $27.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| **2.3** | Priority creditor's name and mailing address<br>Alex Lierman<br>4628 W Pasadena Ln, Apt. 101<br>Boise, ID 83705 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $244.09 | $244.09 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | PIVOT Operations LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|
| Alicia Lipschultz<br>3332 N Summerfield Way<br>Meridian, ID 83646 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|
| Amy Young<br>329 S. McGuffin<br>Boise, ID 83712 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $33.00 |
|---|---|---|---|
| Angie Brooks<br>500 N Riverview Drive<br>Boise, ID 83712 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 | $58.00 |
|---|---|---|---|
| Ashlie Geserick<br>PO Box 570<br>Boise, ID 83706 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|
| Bill French<br>3323 N Lakeharbor Ln, Apt. 205<br>Boise, ID 83703 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

---

| Debtor | PIVOT Operations LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.61 | $762.61 |
|---|---|---|---|---|
| | Brad Cross<br>503 W Hale St<br>Boise, ID 83706 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.00 | $66.00 |
|---|---|---|---|---|
| | Candi Despain<br>3718 N Price Way<br>Meridian, ID 83646 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.13 | $522.13 |
|---|---|---|---|---|
| | Chase Tomseth<br>2437 N Curtis Rd<br>Boise, ID 83706 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.05 | $165.05 |
|---|---|---|---|---|
| | Chasslynn Shepard<br>7219 Cedarwood Drive<br>Boise, ID 83709 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 | $3.00 |
|---|---|---|---|---|
| | Chaya Knopp<br>3409 N Sycamore<br>Boise, ID 83703 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor    PIVOT Operations LLC                                Case number (if known) _____
         Name

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 | $27.00 |
|---|---|---|---|---|
| | Cheryl Batty | Check all that apply. | | |
| | PO Box 7642 | ☐ Contingent | | |
| | Boise, ID 83707 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
5/4/2025 - 5/6/2025                      Wages

Last 4 digits of account number         Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.34 | $97.34 |
|---|---|---|---|---|
| | Courtney Thompson | Check all that apply. | | |
| | 1566 S Rovian St. | ☐ Contingent | | |
| | Boise, ID 83705 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
5/4/2025 - 5/6/2025                      Wages

Last 4 digits of account number         Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|
| | Hannah Ganley | Check all that apply. | | |
| | 7808 W Elm Brook Dr. | ☐ Contingent | | |
| | Garden City, ID 83714 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
5/4/2025 - 5/6/2025                      Wages

Last 4 digits of account number         Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.34 | $114.34 |
|---|---|---|---|---|
| | Heather Johansen | Check all that apply. | | |
| | 2850 E Ragusa Ln | ☐ Contingent | | |
| | Meridian, ID 83642 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
5/4/2025 - 5/6/2025                      Wages

Last 4 digits of account number         Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Idaho State Tax Commission | Check all that apply. | | |
| | PO Box 36 | ☐ Contingent | | |
| | Boise, ID 83722-0410 | ☐ Unliquidated | | |
| | | ☒ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
                                        Taxes

Last 4 digits of account number         Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

Debtor    PIVOT Operations LLC
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **2.19** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00    $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.20** Priority creditor's name and mailing address<br>JaNell Purcell<br>941 N Glen Aspen Way<br>Star, ID 83669 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.00    $94.00 |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.21** Priority creditor's name and mailing address<br>Jeannie Nixon<br>662 E Cres Ridge Dr.<br>Meridian, ID 83642 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.00    $94.00 |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.22** Priority creditor's name and mailing address<br>Jennifer Spackman<br>2835 N Tanglerose Place<br>Eagle, ID 83616 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56.00    $56.00 |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.23** Priority creditor's name and mailing address<br>Jensen Haigh<br>2075 S Taggart St<br>Boise, ID 83705 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.00    $29.00 |
| Date or dates debt was incurred<br>5/4/2025 - 5/6/2025 | Basis for the claim:<br>Wages | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

Debtor    PIVOT Operations LLC                                          Case number (if known)
_____
Name

| | | |
|---|---|---|
| **2.24** | | |

Priority creditor's name and mailing address
Justin Centers
2947 S Elmcrest Ln.
Boise, ID 83705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$196.57       $196.57

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **2.25** | | |

Priority creditor's name and mailing address
Katherine Killeen
2760 E Red Cedar Ln
Boise, ID 83716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.00       $33.00

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **2.26** | | |

Priority creditor's name and mailing address
Keagan McCoy
1211 N Vivian Ave
Boise, ID 83704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.95       $29.95

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **2.27** | | |

Priority creditor's name and mailing address
Kiley Holmes
9973 W Lillywood Dr.
Boise, ID 83709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.50       $27.50

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **2.28** | | |

Priority creditor's name and mailing address
Lissa Needham
537 N Shady Grove Way
Kuna, ID 83634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$130.57       $130.57

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PIVOT Operations LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.29**

Priority creditor's name and mailing address
Mary Hayes
14004 W Bunkerhill Ct
Boise, ID 83713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00            $58.00

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address
Pat Aiello
596 Keagan Way
Meridian, ID 83646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.27          $185.27

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.31**

Priority creditor's name and mailing address
Sam Johnson
504 N Atlantic St
Boise, ID 83706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.00            $27.00

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address
Samantha Williams
6031 N Exeter Ave
Meridian, ID 83646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$66.00            $66.00

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address
Sierra Young
7508 S Wagons View Ave
Boise, ID 83716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.21            $39.21

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | PIVOT Operations LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $48.92 | $48.92 |

**2.34** Priority creditor's name and mailing address
Steve Bascawen
 Bacon Dr
Boise, ID 83712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.92        $48.92

Date or dates debt was incurred
5/4/2025 - 5/6/2025

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
11th & Front Garage
1101 West Front Street
Boise, ID 83702

As of the petition filing date, the claim is: *Check that all apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

Date(s) debt was incurred _____

Last 4 digits of account number  8468

Basis for the claim:  Trade debt

Is the claim subject to offset?    ☒ No    ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Adams Technology Group
PO Box 190085
Boise, ID 83719

As of the petition filing date, the claim is: *Check that all apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$774.54

Date(s) debt was incurred  5/1/2025

Last 4 digits of account number  7376

Basis for the claim:  Trade debt

Is the claim subject to offset?    ☒ No    ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Bill Bright Family Properties LLC
C/O Colliers Paragon, LLC
PO Box 7248
Boise, ID 83707

As of the petition filing date, the claim is: *Check that all apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$112,327.00

Date(s) debt was incurred  Aug & Sept 2024; Apr & May 2025

Last 4 digits of account number _____

Basis for the claim:  Unpaid Rent

Is the claim subject to offset?    ☒ No    ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Billups Creative, LLC
dba Caffeinated Beverages
PO Box 352
Eagle, ID 83616-0351

As of the petition filing date, the claim is: *Check that all apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  Trade debt

Is the claim subject to offset?    ☒ No    ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
BVGV Parcel C, LLC
1144 S Silverstone Way Ste 500
Meridian, ID 83642

As of the petition filing date, the claim is: *Check that all apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,927.44

Date(s) debt was incurred  5/1/2025

Last 4 digits of account number  0707

Basis for the claim:  Rent & CAM

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | PIVOT Operations LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,839.16**

Capital Eleven, LLC
2775 W. Navigator Dr. STE 110
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/15/2022

**Basis for the claim:** Loan payments

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

DWT Investments, LLC
2929 W Navigator Dr
Ste 400

Meridian, ID 83642-8298

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** April 2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 1517

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,638.59**

Joseph Savola
455 E. Cave Ct
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** February 2025 - present

**Basis for the claim:** Purchases on behalf of business

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,288.76**

Modern Clean LLC
PO Box 1142
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/28/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Pear Health Labs
5421 Irvine Ave Ste A
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 5/3/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 0080

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00**

The Potting Shed
6207 W. Franklin Road
Boise, ID 83709-1042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/30/2025

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | PIVOT Operations LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  Bill Bright Properties-SR, LLC<br>Attn: Bill Bright<br>5245 Plainsburg Road<br>Le Grand, CA 95333 | Line  3.3<br><br>☐  Not listed. Explain ____ | _ |
| 4.2  The Car Park LLC<br>STE 400<br>702 W Idaho St<br>Boise, ID 83702-8933 | Line  3.1<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,496.55 |
| **5b. Total claims from Part 2** | 5b.  + | $ 185,995.49 |
| **5c. Total of Parts 1 and 2**<br>        Lines 5a + 5b = 5c. | 5c. | $ 189,492.04 |

**Fill in this information to identify the case:**

Debtor name ___PIVOT Operations LLC___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - 808 S Vanguard Way, Meridian, ID | |
| State the term remaining — 4 years 1 month | Bill Bright Properties-SR, LLC |
| List the contract number of any government contract — _____ | 5245 Plainsburg Road<br>Le Grand, CA 95333 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - 1290 W Myrtle St #150, Boise, ID | |
| State the term remaining — 4 years 7 months | BVGC Parcel C, LLC<br>C/O BV Management Services |
| List the contract number of any government contract — _____ | 901 Pair View Drive, Suite 201<br>Idaho Falls, ID 83402 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___PIVOT Operations LLC___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | BV Management Services, Inc. | PO Box 51157 Idaho Falls, ID 83405-1157 | Citizens Community Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Fox Trott, LLC | 187 S. Steel Farm Eagle, ID 83616 | Citizens Community Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Kristin Armstrong Academy, LLC | 455 E Cave Ct Boise, ID 83702 | Citizens Community Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Kristin Armstrong Management Services | 455 E Cave Ct Boise, ID 83702 | Citizens Community Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Kristin Armstrong Savola | 455 E. Cave Ct Boise, ID 83702 | Citizens Community Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Spencer Nead | 187 S. Steel Farm Eagle, ID 83616 | Citizens Community Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name ___PIVOT Operations LLC___

United States Bankruptcy Court for the: ___DISTRICT OF IDAHO___

Case number (if known) _____

☐ Check if this is an amended filing

---

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $415,007.07 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $1,725,911.01 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $1,680,057.00 |
| For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $1,463,307.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Debtor ___PIVOT Operations LLC_____     Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | BVGC Parcel C, LLC<br>C/O BV Management Services<br>901 Pair View Drive, Suite 201<br>Idaho Falls, ID 83402 | 3/1/2025,<br>4/1/2025,<br>5/1/2025 | $65,782.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__Boise Location Rent__ |
| 3.2. | Bill Bright Family Properties LLC<br>C/O Colliers Paragon, LLC<br>PO Box 7248<br>Boise, ID 83707 | 3/1/2025,<br>4/1/2025 | $66,101.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other__Meridian Location Rent__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table><tr><td>**Part 3:**</td><td>**Legal Actions or Assignments**</td></tr></table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

<table><tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr></table>

| Debtor | PIVOT Operations LLC | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Johnson May<br>199 N Capitol Blvd, Ste 200<br>Boise, ID 83702 | | 5/1/2025 | $20,000.00 |
| | **Email or website address**<br>mtc@johnsonmaylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Johnson May<br>199 N Capitol Blvd, Ste 200<br>Boise, ID 83702 | | 4/29/2025 | $450.00 |
| | **Email or website address**<br>mtc@johnsonmaylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor

| Debtor | PIVOT Operations LLC | Case number *(if known)* | |

within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | PIVOT Operations LLC | Case number (if known) | |

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    PIVOT Operations LLC _____    Case number *(if known)* _____

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    Kade Christensen
1290 W Myrtle St #150
Boise, ID 83702 | June 2019 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kristin Armstrong Academy | 455 E. Cave Ct
Boise, ID 83702 | Owner/Member | 100 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

Debtor    PIVOT Operations LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|-------------------------------------------------|
| Foxtrott LLC | 187 S. Steel Farm Eagle, ID 83616 | 42.86 | June 2019 - May 2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 7, 2025 _____

/s/   Joseph Savola _____    Joseph Savola _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## United States Bankruptcy Court
### District of Idaho

In re    PIVOT Operations LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kristin Armstrong Academy, LLC<br>455 E Cave Ct<br>Boise, ID 83702 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May 7, 2025

Signature    /s/  Joseph Savola

Joseph Savola

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re    PIVOT Operations LLC _____    Case No. _____

                           Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 7, 2025 _____        /s/  Joseph Savola _____

                                       Joseph Savola /Manager
                                       Signer/Title

```
11th & Front Garage
1101 West Front Street
Boise, ID 83702


Adams Technology Group
PO Box 190085
Boise, ID 83719


Aimee Couturier
2028 N Amber
Boise, ID 83706


Alessia Love
5600 Mendelson Ave
Meridian, ID 83646


Alex Lierman
4628 W Pasadena Ln, Apt. 101
Boise, ID 83705


Alicia Lipschultz
3332 N Summerfield Way
Meridian, ID 83646


Amy Young
329 S. McGuffin
Boise, ID 83712


Angie Brooks
500 N Riverview Drive
Boise, ID 83712


Ashlie Geserick
PO Box 570
Boise, ID 83706


Bill Bright Family Properties LLC
C/O Colliers Paragon, LLC
PO Box 7248
Boise, ID 83707


Bill Bright Properties-SR, LLC
5245 Plainsburg Road
Le Grand, CA 95333


Bill Bright Properties-SR, LLC
Attn: Bill Bright
5245 Plainsburg Road
Le Grand, CA 95333


Bill French
3323 N Lakeharbor Ln, Apt. 205
Boise, ID 83703
```

Billups Creative, LLC
dba Caffeinated Beverages
PO Box 352
Eagle, ID 83616-0351


Brad Cross
503 W Hale St
Boise, ID 83706


BV Management Services, Inc.
PO Box 51157
Idaho Falls, ID 83405-1157


BVGC Parcel C, LLC
C/O BV Management Services
901 Pair View Drive, Suite 201
Idaho Falls, ID 83402


BVGV Parcel C, LLC
1144 S Silverstone Way Ste 500
Meridian, ID 83642


Candi Despain
3718 N Price Way
Meridian, ID 83646


Capital Eleven, LLC
2775 W. Navigator Dr. STE 110
Meridian, ID 83642


Chase Tomseth
2437 N Curtis Rd
Boise, ID 83706


Chasslynn Shepard
7219 Cedarwood Drive
Boise, ID 83709


Chaya Knopp
3409 N Sycamore
Boise, ID 83703


Cheryl Batty
PO Box 7642
Boise, ID 83707


Citizens Community Bank
27997 South 25th East
Idaho Falls, ID 83403


Citizens Community Bank
PO Box 1689
Pocatello, ID 83204-1689

Courtney Thompson
1566 S Rovian St.
Boise, ID 83705


DWT Investments, LLC
2929 W Navigator Dr
Ste 400
Meridian, ID 83642-8298


Fox Trott, LLC
187 S. Steel Farm
Eagle, ID 83616


Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Hannah Ganley
7808 W Elm Brook Dr.
Garden City, ID 83714


Heather Johansen
2850 E Ragusa Ln
Meridian, ID 83642


Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


JaNell Purcell
941 N Glen Aspen Way
Star, ID 83669


Jeannie Nixon
662 E Cres Ridge Dr.
Meridian, ID 83642


Jennifer Spackman
2835 N Tanglerose Place
Eagle, ID 83616


Jensen Haigh
2075 S Taggart St
Boise, ID 83705


Joseph Savola
455 E. Cave Ct
Boise, ID 83702

```
Justin Centers
2947 S Elmcrest Ln.
Boise, ID 83705


Katherine Killeen
2760 E Red Cedar Ln
Boise, ID 83716


Keagan McCoy
1211 N Vivian Ave
Boise, ID 83704


Kiley Holmes
9973 W Lillywood Dr.
Boise, ID 83709


Kristin Armstrong Academy, LLC
455 E Cave Ct
Boise, ID 83702


Kristin Armstrong Management Services
455 E Cave Ct
Boise, ID 83702


Kristin Armstrong Savola
455 E. Cave Ct
Boise, ID 83702


Lissa Needham
537 N Shady Grove Way
Kuna, ID 83634


Mary Hayes
14004 W Bunkerhill Ct
Boise, ID 83713


Modern Clean LLC
PO Box 1142
Eagle, ID 83616


Pat Aiello
596 Keagan Way
Meridian, ID 83646


Pear Health Labs
5421 Irvine Ave Ste A
Carlsbad, CA 92008


Sam Johnson
504 N Atlantic St
Boise, ID 83706


Samantha Williams
6031 N Exeter Ave
Meridian, ID 83646
```

Sierra Young
7508 S Wagons View Ave
Boise, ID 83716


Spencer Nead
187 S. Steel Farm
Eagle, ID 83616


Steve Bascawen
Bacon Dr
Boise, ID 83712


The Car Park LLC
STE 400
702 W Idaho St
Boise, ID 83702-8933


The Potting Shed
6207 W. Franklin Road
Boise, ID 83709-1042

# United States Bankruptcy Court
### District of Idaho

In re   PIVOT Operations LLC

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   PIVOT Operations LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Kristin Armstrong Academy, LLC
455 E Cave Ct
Boise, ID 83702

☐ None [*Check if applicable*]

May 7, 2025

Date

/s/ Matthew Christensen

Matthew Christensen

Signature of Attorney or Litigant

Counsel for   PIVOT Operations LLC

Johnson May
199 N. Capitol Blvd.
Suite 200
Boise, ID 83702
(208) 384-8588  Fax:
mtc@johnsonmaylaw.com